UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN M. KEENER,

    Plaintiff,

v.

    Case No. 2:15-cv-00800
    CHIEF JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Kemp

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER

On December 14, 2015, the Magistrate Judge issued a Report and Recommendation in this case recommending that the Plaintiff's statement of errors be sustained and that the case be remanded to the Defendant Commissioner of Social Security (the "Commissioner") for further proceedings. The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review. The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED** and the Court hereby directs the Clerk to remand the case to the Commissioner for further proceedings.

    **IT IS SO ORDERED.**

1-5-2016
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT CHIEF JUDGE