UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN M. KEENER,

    Plaintiff,

v.

    Case No. 2:15-cv-800
    CHIEF JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Kemp

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

    Defendant.

## ORDER

This parties' Joint Stipulation to an Award of Attorney's Fees Under the Equal Access to Justice Act (ECF No. 17) is **GRANTED**. Accordingly, Plaintiff is awarded an amount in total of $2,500 under 28 U.S.C. § 2412.

IT IS SO ORDERED.

_2-22-2016_
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE